**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Troylencia Wolf Anderson v. Waller County and Waller County
                         Sheriff's Department and its Unknown Agents

Appellate case number:   01-20-00097-CV

Trial court case number: 19-09-25771

Trial court:             506th District Court of Waller County

Date motion filed:       August 3, 3021

Party filing motion:     Appellant


The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration.  It is ordered that the motion is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ____August 31, 2021_____